FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 25 AM 11:33
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JIMMIE LEE GREEN,

    Petitioner,

v.                       CASE NO. CV415-296

WARDEN BRAD HOOKS,

    Respondent.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which an objection has been filed (Doc. 5). After a careful de novo review of the record, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23RD day of November 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA