# United States District Court
## *Southern District of Georgia*

Jimmie Lee Green

                                                    JUDGMENT IN A CIVIL CASE

v.                                 CASE NUMBER: CV415-296

Brad Hooks

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated November 23, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing Green's 2254 petition. This action stands closed.

November 25, 2015                                   Scott L. Poff
*Date*                                                         *Clerk*

                                                                                   *(By) Deputy Clerk*